# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

142714

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

EMILY TELLIN, Minor, by Next Friend
LORI HINGA and MATTHEW WERFELMAN,
Minor, by Next Friend ANDREA DETAMBLE,
      Plaintiffs-Appellees,

v

                            SC: 142714
                            COA: 293590

FORSYTH TOWNSHIP and
WEST BRANCH TOWNSHIP,
      Defendants-Appellants.

Marquette CC: 08-046274-NO

_____/

      On order of the Court, the application for leave to appeal the January 25, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

_____
                         Clerk

p0620